PAUL T. CULLEN, ESQ. (#193575)
THE CULLEN LAW FIRM, APC
29229 Canwood Street, #207
Agoura Hills, CA 91301-1555
Tel: 626.744.9436 Fax: 626.744.9436
paul@cullenlegal.com

(Additional Plaintiffs' Counsel on p. 2)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERARDO ORTEGA, ALFREDO SALVATIERRA AND MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>J. B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | NO. 2:07-CV-08336-FMC-JCx<br><br>Honorable Florence-Marie Cooper<br><br>**CLASS ACTION (FRCP 23)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR MOTION FOR CLASS CERTIFICATION, FILING DEADLINES RELATED THERETO, AND TRIAL**<br><br>TRIAL DATE: March 10, 2009<br>Complaint Filed: 11/19/07 |

///
///
///
///
///

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR
MOTION FOR CLASS CERTIFICATION, FILING DEADLINES RELATED THERETO, AND TRIAL
F:\Work\Clients\Ortega, Gerardo et al v. JB Hunt\Pleadings\Stip&OrderMotCertDistrictCourt.revised2.wpd

1  **MARLIN & SALTZMAN**
   Stanley D Saltzman, Esq. #90058
2  Louis M. Marlin, Esq. #54053
   Christina A. Humphrey, Esq. #226326
3  29229 Canwood Street, #208
   Agoura Hills, California 91301-1555
4  (818) 991-8080/(818) 991-8081
   ssaltzman@marlinsaltzman.com
5  louismarlin@marlinsaltzman.com
   chumphrey@marlinsaltzman.com
6
   **SCHWARTZ, DANIELS & BRADLEY**
7  Arnold W Schwartz, Esq.#63436
   William A. Daniels, Esq. #172042
8  Marcus J. Bradley, Esq.#174156
   29229 Canwood Street, #208
9  Agoura Hills, California 91301-1555
   (310) 478-5838/(310) 478-1232
10 arnold.schwartz@schwartzdanielsbradley.com
   william.daniels@schwartzdanielsbradley.com
11 marcus.bradley@schwartzdanielsbradley.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                              2
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR
28 MOTION FOR CLASS CERTIFICATION, FILING DEADLINES RELATED THERETO, AND TRIAL
   F:\Work\Clients\Ortega, Gerardo et al v. JB Hunt\Pleadings\Stip&OrderMotCertDistrictCourt.revised2.wpd

1     **WHEREAS:** In the Court's ORDER FOR JURY TRIAL, the Court
2 ordered that the hearing on Class Certification in this matter be held on
3 August 11, 2008, with filing deadlines as follows:

4     Plaintiffs' Motion for Class Certification to be filed by June 24, 2008,
5 Defendant's opposition to be filed by July 15, 2008 and plaintiffs' reply to be
6 filed by July 29, 2008;

7     **WHEREAS:** The parties have served substantial written discovery
8 related to the issues of class certification;

9     **WHEREAS:** The parties have also noticed depositions of each of
10 the respective parties as well as other of Defendant's employee witnesses,
11 whose testimony is expected to bear substantially upon the plaintiffs' Motion
12 for Class Certification;

13     **WHEREAS:** Defendant's counsel has informed plaintiffs' counsel
14 that, due to scheduling issues, the earliest date on which defendant's
15 witnesses can be deposed is in the month of June, 2008;

16     **WHEREAS:** Plaintiffs contend that they will be unable to fully
17 prepare for and file their Motion for Certification without the discovery that is
18 expected to be obtained during those depositions, and that their right to
19 conduct adequate pre-certification discovery should not be prejudiced by
20 respecting the schedules of opposing parties and their counsel;

21     **WHEREAS:** Defendant has agreed to a continuance of the Motion
22 for Class Certification hearing, and the filing deadlines attendant thereto, in
23 order to permit the scheduling and completion of depositions to be done in
24 such a manner as not to unduly burden defendant's and its counsel's
25 schedules; and,

26 ///

1 **WHEREAS:** The parties agree that a continuance of the Motion for
2 Class Certification will impact the parties ability to timely prepare for trial and
3 any dispositive motions, e.g. defendant's anticipated Motion for Summary
4 Judgment and/or Adjudication of Issues.

5 **NOW, THEREFORE, IT IS STIPULATED** by and between the parties,
6 through their counsel of record, that the hearing on Class Certification shall
7 be continued no less than 97 days from its current date of August 11, 2008
8 (i.e. continued to November 17, 2008), with filing deadlines set congruent to
9 the current filing deadlines, i.e. plaintiffs' Motion for Class Certification filing
10 deadline would be set 48 days prior to the hearing (i.e. September 30, 2008),
11 defendant's opposition brief filing deadline 28 days prior thereto (i.e. October
12 20, 2008), and plaintiffs' reply brief filing deadline 13 days prior to the hearing
13 (i.e. November 4, 2008).

14 The parties further stipulate that the cut-off date for hearing motions
15 should be continued no less than 97 days (i.e. from November 24, 2008 to
16 March 2, 2009), and the date of trial to be similarly continued 97 days (i.e

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /

27
28

1  from March 10, 2009 at 9:00 AM to June 15, 2009 at 9:00 a.m.) with the Final
2  Pre-Trial Conference set on such date as is convenient to the Court.
3  **IT IS SO STIPULATED:**

4  DATED: May 8, 2008          **LITTLER MENDELSON, APC**

                                */s/ Scott*

6                              BY:  Scott M. Lidman
                                    Keith A. Jacoby
7                                   J. Kevin Lilly
                               Attorneys for Defendant

8  DATED: May 6, 2008          **THE CULLEN LAW FIRM, APC**

                                */s/ Paul Cullen*

                               BY:  Paul T. Cullen
11                             Attorney for Plaintiffs

12 DATED: May 8, 2008          **MARLIN & SALTZMAN**

                                */s/*

14                             BY:  Stanley D. Saltzman
15                                  Louis M. Marlin
                                    Christina A. Humphrey
16                             Attorneys for Plaintiffs

17 DATED: May 8, 2008          **SCHWARTZ, DANIELS & BRADLEY**

                                */s/*

19                             BY:  Arnold W. Schwartz
20                                  William A. Daniels
                                    Marcus J. Bradley
21                             Attorneys for Plaintiffs

### [PROPOSED] ORDER

Based upon the foregoing stipulation, good cause appearing therefor, the Court hereby orders the following: the hearing on Class Certification shall

---
5
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR
MOTION FOR CLASS CERTIFICATION, FILING DEADLINES RELATED THERETO, AND TRIAL
F:\Work\Clients\Ortega, Gerardo et al v. JB Hunt\Pleadings\Stip&OrderMotCertDistrictCourt.revised2.wpd

be continued from its current date of August 11, 2008 (i.e. continued to November 17, 2008), and the filing deadlines for the parties related to said motion shall be congruent to the current filing deadlines.

The new dates shall be as follows:

1. Hearing on Motion for Class Certification: November 17, 2008 or _____;

2. Plaintiffs' filing deadline for Motion for Class Certification shall be 48 days prior to the hearing, i.e. September 30, 2008 or _____;

3. Defendant's filing deadline for its Opposition to the Motion for Class Certification shall be 28 days prior to the date of hearing, i.e. October 20, 2008 or _____;

4. Plaintiffs' filing deadline for their Reply Brief shall be 13 days prior to the hearing, i.e. November 4, 2008, or _____;

5. The cut-off date for hearing motions should be continued no less than 97 day, i.e. from November 24, 2008 to March 2, 2009 or _____;

6. Trial is continued at least 97 days, i.e. to June 15, 2009 at 9:00 a.m. or _____.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  7.    The Final Pre-Trial Conference is continued to _____.

2  IT IS FURTHER ORDERED: _____

3  _____

4  _____

5  _____

6  _____

7

8  Dated:

9                                          _____

10                                         HON. FLORENCE-MARIE COOPER
                                            Judge of the District Court
11

7. The Final Pre-Trial Conference is continued to _____.

IT IS FURTHER ORDERED: _____

_____

Dated:

_____

HON. FLORENCE-MARIE COOPER
Judge of the District Court

---

7

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR MOTION FOR CLASS CERTIFICATION, FILING DEADLINES RELATED THERETO, AND TRIAL**

F:\Work\Clients\Ortega, Gerardo et al v. JB Hunt\Pleadings\Stip&OrderMotCertDistrictCourt.revised2.wpd