| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981 |
| | klilly@littler.com |
| 2 | SCOTT M. LIDMAN, Bar No. 199433 |
| | slidman@littler.com |
| 3 | DIANE L. KIMBERLIN, Bar No. 071487 |
| | dkimberlin@littler.com |
| 4 | FATEMEH S. MASHOUF, Bar No. 288667 |
| | fmashouf@littler.com |
| 5 | LITTLER MENDELSON |
| | A Professional Corporation |
| 6 | 2049 Century Park East |
| | 5th Floor |
| 7 | Los Angeles, CA  90067.3107 |
| | Telephone:  310.553.0308 |
| 8 | Fax No.:    310.553.5583 |
| 9 | Attorneys for Defendant |
| | J.B. HUNT TRANSPORT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERARDO ORTEGA, ALFREDO SALVATIERRA and MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. 2:07-cv-08336-BRO-FMOx<br><br>Hon. Beverly Reid O'Connell<br><br>**JUDGMENT ENTERED IN FAVOR OF DEFENDANT J.B. HUNT TRANSPORT, INC.**<br><br><br>Complaint Filed:  November 19, 2007 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, on October 2, 2013, this Court issued an order granting Defendant J.B. Hunt Transport, Inc.'s ("Defendant") Motion for Judgment on the Pleadings as to the meal and rest and related claims of Plaintiffs Gerardo Ortega and Michael Patton (collectively, "Plaintiffs"). (*See* Docket Entry, Document No. 124).

After full consideration of the papers, evidence, and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, on June 4, 2014, this Court issued an order granting Defendant's Motion For Summary Judgment as to Plaintiffs' remaining claims. (*See* Docket Entry, Document No. 168):

**BASED ON THE FOREGOING, IT IS HEREBY ADJUDGED** that based on this Court's October 2, 2013 and June 4, 2014 Orders as referenced above, Plaintiffs shall take nothing by way of their operative First Amended Complaint and judgment shall be and hereby is entered in Defendant's favor as to all causes of action asserted against it in this action.

**IT IS HEREBY FURTHER ADJUDGED** that Defendant may seek to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, and Central District Local Rule 54-1, *et seq.*

**IT IS SO ORDERED.**

Dated: June 12, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308