SCOTT EDELMAN, SBN 116927
  sedelman@gibsondunn.com
JESSE CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
Telephone: 310.552.8500
Facsimile: 310.551.8741

BRAD SCHWAN, SBN 246457
  bschwan@littler.com
FATEMEH S. MASHOUF, SBN 288667
fmashouf@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

ATTORNEYS FOR DEFENDANT J.B.
HUNT TRANSPORT, INC.

STANLEY SALTZMAN, SBN 90058
  ssaltzman@marlinsaltzman.com
ADAM TAMBURELLI, SBN 301902
  atamburelli@marlinsaltzman.com
MARLIN & SALTZMAN
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081

Attorneys for Plaintiffs
GERARDO ORTEGA AND
MICHAEL D. PATTON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ORTEGA, AND MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:07-cv-08336-RGK-SH<br><br>HONORABLE JUDGE R. GARY KLAUSNER<br><br>**JOINT EXHIBIT LIST**<br><br><br>Pretrial Conference: September 4, 2018<br>Trial: September 25, 2018 |

1      In accordance with the Court's Order for Jury Trial (Dkt. 197) and Local Rule

2 16-6, Plaintiffs GERARDO ORTEGA and MICHAEL D. PATTON ("Plaintiffs") and

3 Defendant J.B. HUNT TRANSPORT, INC. (collectively, the "Parties"), hereby

4 submit the following Joint Exhibit List attached hereto as Appendix A.

5

6 Dated: August 14, 2018           /s/ *Adam Tamburelli*

7                                    Adam Tamburelli, Esq.

8                                    MARLIN & SALTZMAN
                                   Attorneys for Plaintiffs Gerardo

9                                    Ortega and Michael D. Patton

10

11 Dated:   August 14, 2018         /s/ *Scott A. Edelman*
                                   Scott A. Edelman

12                                    GIBSON, DUNN & CRUTCHER
                                   LLP

13                                    Attorneys for Defendant J.B. HUNT

14                                    TRANSPORT, INC.

15

16                        **SIGNATURE ATTESTATION**

17      I, Scott A. Edelman, am the ECF user whose identification and password were

18 used to file this Joint Exhibit List.  In compliance with United States District Court,

19 Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all

20 signatories hereto concurred in and authorized this filing.

21

22                        /s/ *Scott A. Edelman*

23

24

25

26

27

28

---

JOINT EXHIBIT LIST
Case No. 07-CV-8336 RGK (AFMx)

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 1* | 03/14/2002 Memo from South Gate Management Team Regarding Activity Based Pay | JBH-DP05300 | D: FRE 402 (relevance), FRE 403 (confusing, misleading, prejudice). | | |
| 2* | 02/15/2002 ABP Transition Memo (South Gate Intermodal) | JBH-DP60760-JBH-DP60763; | D: FRE 402 (relevance), FRE 403 (confusing, misleading, prejudice). | | |
| 3 | 01/01/2003 JB Hunt Driver Manual | JBH-DP02037-JBH-DP02140 | | | |
| 4 | 06/01/2005 JB Hunt Driver Manual | JBH-DP02254-JBH-DP02365 | | | |
| 5 | 01/01/2006 JB Hunt Driver Manual | JBH-DP00693-JBH-DP00808 | | | |
| 6 | 07/01/2004 JB Hunt DCS Driver Manual for JC Penney-Buena Park, CA | JBH-DP04316-JBH-DP04328 | | | |
| 7 | 04/15/2005 JB Hunt Intermodal Driver Manual-South Gate, CA | JBH-DP02422-JBH-DP02434 | | | |
| 8 | 02/02/2006 JB Hunt Intermodal Driver Manual-South Gate, CA | JBH-DP02435-JBH-DP02447 | | | |
| 9 | Undated JB Hunt DCS Pay Sheet for JC Penney | JBH-DP65780-JBH-DP65780 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 10 | Undated JC Penney Driver Training Checklist | JBH-DP63889 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 11 | Undated JB Hunt Activity Based Pay Sheet | JBH-DP 02688-JBH-DP 02688 | P: Relevance FRE 402; | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Confusing or Misleading, FRE 403. | | |
| 12 | Driver Vehicle Condition Report with 11/25/2003 Sample | JBH-DP02696-JBH-DP02697 | | | |
| 13 | FAQs about Scanning Paperwork | L. Garcia Dep. (Dec. 2008) Ex. 38 | | | |
| 14 | "How to Make ABP Work for You" (undated) | JBH-DP02549 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 15 | Activity Based Pay vs. Hourly Pay, written by Aaron Regalado (undated) | JBH-DP65778 | | | |
| 16 | How to Make Miles at J.B. Hunt | Patton Dep. (July 2008) Ex. 38 | | | |
| 17 | Undated JC Penney Driver Training Checklist | JBH-DP63889 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 18 | Blank Trip Sheet and DOT Log | JBH-DP02461-JBH-DP02462 | | | |
| 19 | OmniTRACS Display Unit Illustration dated May 2000 | JBH-DP02719-JBH-DP02720 | | | |
| 20 | OmniTRACS Enhanced Display Unit Illustration dated May 2002 | JBH-DP02715-JBH-DP02716 | | | |
| 21 | OmniTRACS Enhanced Display Unit for the Memory Enhanced IMCT Illustration dated May 2002 | JBH-DP02717-JBH-DP02718 | | | |
| 22 | OmniExpress Display Unit Illustration dated May 2002 | JBH-DP02721-JBH-DP02722 | | | |
| 23 | OmniExpress Enhanced Display Unit Illustration dated May 2005 | JBH-DP02723-JBH-DP02724 | | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 24 | QualComm Basic System Operation | JBH-DP02669 | | | |
| 25 | List of Canned Messages | JBH-DP02636 | | | |
| 26 | List of Canned Messages | JBH-DP02692 | | | |
| 27 | List of Canned Messages | JBH-DP05350 | | | |
| 28 | List of Canned Messages | JBH-DP05593 | | | |
| 29 | Fatigue Management 101 (undated) | JBH-DP05336 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 30 | 2006 Driver Safety Briefing | JBH-DP05337-JBH-DP05343 | | | |
| 31 | Fatigue Management (undated) | JBH-DP64458 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 32 | New Driver Training Checklist (undated) | JBH-DP02708 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 33 | New Driver Onboarding Training Guide (Intermodal Drivers) (undated) | JBH-DP65717-JBH-DP65722 | P: Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 34 | Photograph of JB Hunt truck, cargo, and worker | JBH-DP68858 | | | |
| 35 | Photograph of JB Hunt DCS truck | JBH-DP68859 | | | |
| 36 | Photograph of JB Hunt Intermodal trucks, cargo | JBH-DP68860 | | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 37 | Photograph of JB Hunt Intermodal trucks, cargo | JBH-DP68861 | | | |
| 38 | Photograph of JB Hunt trucks and workers | JBH-DP68862 | | | |
| 39 | Photograph of JB Hunt truck | JBH-DP68863 | | | |
| 40 | Photograph of JB Hunt DCS worker loading/unloading | JBH-DP68864 | | | |
| 41 | JB Hunt Driver Training video | JBH-DP68865 | P: Except for the portions of the video that reflect the pre-trip inspection process, Plaintiffs object based on Relevance FRE 402; Confusing or Misleading, FRE 403. | | |
| 42 | Authorization to Keep Time Records In Lieu of Logs (395.1) (signed by Gerardo Ortega, 5/5/06) | Plfs' Prod. (No Bates) | | | |
| 43 | W-2 statements for Gerardo Ortega for the years 2004 – 2006 | JBH-DP02474-JBH-DP02479 | | | |
| 44 | W-2 statement for Michael Patton for the year 2006 | JBH-DP02480-JBH-DP02481 | | | |
| 45 | August 7-11, 2006 Gerardo Ortega Payroll Summary | Plfs' Prod. (No Bates) | | | |
| 46 | 2006 Gerardo Ortega Pay Stubs | Plfs' Prod. (No Bates) | | | |
| 47 | Gerardo Ortega Personnel File | JBH-DP 00001; JBH-DP 00003-JBH-DP 00150; JBH-DP68800- | | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | JBH-DP68850; Ortega Dep. Exs. 1-2, 5-6, 8-17 | | | |
| 48 | Michael Patton Personnel File | JBH-DP 00199-JBH-DP 00328; Patton Dep. (June 2008) Exs. 23-25, 28-30, 32; Patton Dep. (July 2008) Exs. 34-35 | | | |
| 49 | Letter to Gerardo Ortega re Request for Medical Leave / Termination | Plfs' Prod. (No Bates) | | | |
| 50 | Gerardo Ortega Settlement Statements, With Supporting Documentation When Available | JBH-DP00965 – JBH-DP01858; JBH-DP002482-JBH-DP02483; JBH-DP02488-JBH-DP02541; JBH-DP02725-JBH-DP02758; JBH-DP68851-JBH-DP68854 | | | |
| 51 | Gerardo Ortega Activity Sheets | JBH-DP00972; JBH-DP00975; JBH-DP00977; JBH-DP00978; JBH-DP01015; JBH-DP01017; JBH-DP01019; JBH-DP01022; JBH-DP01025; JBH-DP01071; JBH-DP01073; JBH-DP01075; JBH-DP01078; JBH-DP01080; | | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | JBH-DP01141; JBH-DP01144; JBH-DP01146; JBH-DP01178; JBH-DP01181; JBH-DP01184; JBH-DP01187; JBH-DP01191; JBH-DP01248; JBH-DP01251; JBH-DP01253; JBH-DP01255; JBH-DP01257; JBH-DP01318; JBH-DP01321; JBH-DP01323; JBH-DP01326; JBH-DP01388; JBH-DP01391; JBH-DP01394; JBH-DP01397; JBH-DP01438; JBH-DP01440; JBH-DP01442; JBH-DP01445; JBH-DP01496-JBH-DP01497; JBH-DP01500; JBH-DP01504; JBH-DP01507; JBH-DP01510; JBH-DP01578; JBH-DP01580; JBH-DP01584; JBH-DP01589; JBH-DP01592; JBH-DP01712; JBH-DP01715; JBH-DP01717; JBH-DP01766; JBH-DP01769; JBH-DP01772; | | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | JBH-DP01775; JBH-DP01778; JBH-DP01835; JBH-DP63161-JBH-DP63163 | | | |
| 52 | Gerardo Ortega Activity Sheets dated 05/08/2006 and 05/09/2006 | Pltfs' Production (No Bates) | | | |
| 53 | Gerardo Ortega Settlement Summaries | JBH-DP00965-JBH-DP01000; JBH-DP01011-JBH-DP01014; JBH-DP01068-JBH-DP01070; JBH-DP01138-JBH-DP01140; JBH-DP01175-JBH-DP01177; JBH-DP01245-JBH-DP01247; JBH-DP01313-JBH-DP01317; JBH-DP01384-JBH-DP01387; JBH-DP01434-JBH-DP01437; JBH-DP01492-JBH-DP01495; JBH-DP01574-JBH-DP01577; JBH-DP01708-JBH-DP01711; JBH-DP01762-JBH-DP01765; JBH-DP01831-JBH-DP01834; JBH-DP01853-JBH-DP01857; JBH-DP02482-JBH-DP02487; JBH-DP02488- | | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | JBH-DP02541; JBH-DP02725-JBH-DP02727; JBH-DP02731 –JBH-DP02758; JBH-DP05264-JBH-DP05297; JBH-DP68444-JBH-DP68446; JBH-DP68443-JBH-DP68446; JBH-DP68851-JBH-DP68854.  Regalado Dep. (July 2008) Exs. 20-24; L. Garcia Dep. (Aug. 2008) Ex. 33; L. Garcia Dep. (Dec. 2008) Ex. 39; Moncrief Dep. Ex. 11; Graves Dep. Ex. 49 | | | |
| 54 | Michael Patton Driver Settlement Summaries with Supporting Documentation When Available | JBH-DP 00333 – JBH-DP 00692; JBH-DP 01858 – JBH-DP 02036; JBH-DP04781 – JBH-DP05215 | | | |
| 55 | Michael Patton Activity Sheets | JBH-DP 00338 – JBH-DP 00341; JBH-DP 00385; JBH-DP 00387; JBH-DP 00389; JBH-DP 00439; JBH-DP | | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | 00442; JBH-DP 00445; JBH-DP 00448; JBH-DP 00450; JBH-DP 00510; JBH-DP 00513; JBH-DP 00515; JBH-DP 00518; JBH-DP 00521; JBH-DP 00578; JBH-DP 00580; JBH-DP 00583; JBH-DP 00585; JBH-DP 00588; JBH-DP 00638; JBH-DP 00643; JBH-DP 00648; JBH-DP 00650; JBH-DP 01863; JBH-DP 01865; JBH-DP 01867; JBH-DP 01870; JBH-DP 01874; JBH-DP 01917; JBH-DP 01920; JBH-DP 01923; JBH-DP 01926; JBH-DP 01929; JBH-DP 01972; JBH-DP 01974; JBH-DP 01976; JBH-DP 01979; JBH-DP 01983; JBH-DP 01986; JBH-DP 04786 - JBH-DP 04789 | | | |
| 56 | Michael Patton Settlement Summaries | JBH-DP00330-JBH-DP00337; JBH-DP00381-JBH-DP00384; JBH-DP00435- | | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | JBH-DP00438; JBH-DP00506- JBH-DP00509; JBH-DP00574- JBH-DP00577; JBH-DP00634- JBH-DP00637; JBH-DP01859- JBH-DP01862; JBH-DP01913- JBH-DP01916; JBH-DP01968- JBH-DP01971; JBH-DP04777- JBH-DP04780.<br><br>Patton Dep. (June 2008) Ex. 26 (no Bates #); Patton Dep. (July 2008) Ex. 37 | | | |
| 57 | PeopleSoft Check Detail Data for Plaintiff Gerardo Ortega | JBH- DP68855_0001 -JBH- DP68855_0002[1] | | | |
| 58 | PeopleSoft Check Detail Supplemental for Plaintiff Gerardo Ortega | JBH- DP68857_0001 -JBH- DP68857_0006[2] | | | |

---

[1]  RECORD_IDs of 47 Ortega records: 48425, 171796, 171873, 171139, 171443, 171549, 172705, 172712, 173065, 174264, 174319, 172415, 173897, 173962, 173151, 173524, 187525, 187776, 187880, 188271, 189736, 187065, 187423, 189431, 188597, 188695, 189017, 189021, 190139, 190197, 220152, 252213, 251766, 251457, 264813, 266006, 266343, 265776, 267061, 267516, 266594, 266854, 268197, 268374, 265136, 265359, 267762.

[2]  RECORD_IDs of 191 Ortega records: 1142494, 1142495, 1142496, 1142497, 1142498, 1142499, 1142500, 1142501, 1142502, 1142503, 1142504, 1142505, 1142506, 1142507, 1142508, 1142509, 1142510, 1142511, 1142512, 1142513, 1142514, 1142515, 1142516, 1142517, 1142518, 1142519, 1142520, 1142521, 1142522, 1142523, 1142524, 1142525, 1142526, 1142527, 1142528, 1142529, 1142530, 1142531, 1142532, 1142533, 1142534, 1142535, 1142536, 1142537, 1142538, 1142539, 1142540, 1174279, 1174280, 1174281, 1174282,

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 59 | PeopleSoft Check Summary Data for Plaintiff Gerardo Ortega | JBH-DP68856_0001 -JBH-DP68856_0002[3] | | | |
| 60 | PeopleSoft Check Detail Data for Plaintiff Michael Patton | JBH-DP68855_0001 -JBH-DP68855_0002[4] | | | |
| 61 | PeopleSoft Check Detail Supplemental for Plaintiff Michael Patton | JBH-DP68857_0001 -JBH-DP68857_0006[5] | | | |
| 62 | PeopleSoft Check Summary Data for Plaintiff Michael Patton | JBH-DP68856_0001 | | | |

---

1174283, 1174284, 1174285, 1174286, 1174287, 1174288, 1174289, 1174290, 1174291, 1174292, 1174293, 1174294, 1174295, 1174296, 1174297, 1174298, 1174299, 1174300, 1174301, 1174302, 1174303, 1174304, 1174305, 1174306, 1174307, 1174308, 1174309, 1174310, 1174311, 1174312, 1174313, 1174314, 1174315, 1174316, 1174317, 1174318, 1179244, 1179245, 1179246, 1179247, 1179248, 1179249, 1179250, 1179251, 1179252, 1179253, 1179254, 1179255, 1179256, 1179257, 1179258, 1179259, 1179260, 1179261, 1179262, 1179263, 1179264, 1179265, 1179266, 1179267, 1179268, 1179269, 1179270, 1179271, 1179272, 1179273, 1179274, 1179275, 1179276, 1179277, 1179278, 1179279, 1179280, 1179281, 1179998, 1179999, 1180000, 1180001, 1180002, 1180003, 1180004, 1180005, 1180006, 1180007, 1180008, 1180009, 1180010, 1180011, 1180012, 1180013, 1180014, 1180015, 1180683, 1180684, 1180685, 1180686, 1180687, 1180688, 1180689, 1180690, 1180691, 1180692, 1180693, 1180694, 1180695, 1180696, 1180697, 1180698, 1180699, 1180700, 1180701, 1180702, 1180703, 1180704, 1180705, 1180706, 1180707, 1180708, 1180709, 1180710, 1180711, 1180712, 1180713, 1180714, 1180715, 1180716, 1180717, 1180718, 1180719, 1180720, 1180721, 1180722, 1180723, 1180724, 1180725, 1180726, 1180727, 1180728, 1180729, 1180730.

[3]   RECORD_IDs of 50 Ortega records: 46158, 158310, 158590, 158680, 158886, 159152, 159268, 159383, 175020, 175117, 175501, 175555, 175760, 176005, 178269, 178443, 178543, 176853, 176954, 177177, 177387, 179451, 176282, 176363, 176515, 178988, 179028, 179134, 177710, 177806, 177877, 198424, 198753, 198904, 239249, 239412, 239610, 239941, 239954, 238530, 238627, 238818, 240823, 241216, 241230, 240223, 240749, 256949, 257107, 257475.

[4]   RECORD_IDs of 10 Patton records: 261920, 262054, 262454, 262599, 262609, 262830, 263278, 263438, 263844, 264063.

[5]   RECORD_IDs of 41 Patton records: 560614, 560615, 560616, 560617, 589893, 589894, 589895, 589896, 589897, 589898, 589899, 589900, 589901, 589902, 589903, 589904, 589905, 589906, 589907, 604265, 604266, 604267, 604268, 604269, 604270, 604271, 604272, 629507, 629508, 629509, 629510, 629511, 629512, 629513, 629514, 629515, 629516, 629517, 629518, 629519, 629520.

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | -JBH-DP68856_0002[6] | | | |
| 63 | PACE Pay Detail Data and PACE Comments Fields for Plaintiff Gerardo Ortega | JBH-DP63007_0001 -JBH-DP63007_0032 and JBH-DP68594_0001 -JBH-DP68594_0032[7] | | | |
| 64 | PACE Pay Detail Data and PACE Comment Fields for Plaintiff Michael Patton | JBH-DP63007_0001 -JBH-DP63007_0032 and JBH-DP68594_0001 -JBH-DP68594_0032[8] | | | |
| 65 | Pay Code Descriptions – PACE | JBH-DP68455_0001 | | | |
| 66 | Pay Code Descriptions – PeopleSoft/WorkDay | JBH-DP68456_0001 | | | |
| 67 | DCS Contract Driver Detail for Plaintiff Gerardo Ortega | JBH-DP63013_0001[9] | | | |

---

[6] RECORD_IDs of 10 Patton records: 235472, 235597, 235911, 235945, 236164, 247287, 247308, 247676, 246882, 246932.

[7] RECORD_IDs of 68 Ortega records: 94031, 97303, 168335, 995841, 1090319, 1384472, 1675786, 1720643, 1730218, 2454983, 3054786, 3374888, 3592015, 3869130, 4206719, 4297803, 4305180, 4554346, 4712283, 4748417, 4784949, 4839410, 5051445, 5484204, 5699846, 5833861, 6200283, 6488287, 7344733, 7385698, 7571572, 7843899, 7945654, 8245427, 8815825, 8903573, 8976074, 9336718, 9487127, 9734727, 9823082, 9895923, 9904617, 10009181, 10329647, 10491111, 10499482, 10682966, 10909241, 11183421, 11280115, 11381689, 11473573, 11652630, 11688855, 11817757, 13399835, 13613434, 13669323, 14022867, 14029187, 14123833, 14126342, 14670486, 14761361, 14980940, 15046195, 15416788.

[8] RECORD_IDs of Patton 22 records: 586478, 641182, 653221, 1460320, 1869716, 2478256, 3755908, 6338143, 6474792, 6642489, 8023580, 8340314, 8639479, 11219825, 12418753, 12662669, 12960146, 13759872, 14757271, 15131070, 15251334, 15705774.

[9] RECORD_IDs of 4 Ortega records: 30353-30355; 52622.

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 68 | DCS Contract Driver Detail for Plaintiff Michael Patton | JBH-DP63013_0001 [10] | | | |
| 69 | DCS Contract Account Detail for Plaintiff Gerardo Ortega | JBH-DP63014_0001 [11] | | | |
| 70 | DCS Contract Account Detail for Plaintiff Michael Patton | JBH-DP63014_0001 [12] | | | |
| 71 | Comp Plans EOI for Plaintiff Gerardo Ortega | JBH-DP68451_0001 -JBH-DP68451_0002 [13] | | | |
| 72 | Comp Plans EOI for Plaintiff Michael Patton | JBH-DP68451_0001 -JBH-DP68451_0002 [14] | | | |
| 73 | Data Dictionary dated July 31, 2018 | | | | |
| 74 | Report of Plaintiffs' Experts Brendan K. Burke and Candice L. Rosevear dated August 13, 2018. | | | | |
| 75 | Supplemental Amended Report of Plaintiffs' Experts Global Economics Prepared For Trial and Documents relied on by Plaintiffs' Experts | | D: Violates the Court's July 18, 2018 Order (Dkt. 266) and FRCP 26(e)(1)(A); as of August | | |

---

[10]  RECORD_IDs of 2 Patton records: 33325, 35746.

[11]  RECORD_IDs of 6 Ortega records: 14750-14755.

[12]  RECORD_IDs of 2 Patton records: 15121, 15122.

[13]  RECORD_IDs of 58 Ortega records: 83024-83081.

[14]  RECORD_IDs of 8 Patton records: 40968-40975.

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | 14, 2018 (the date of this filing) Plaintiffs have not served the "supplement-al amended" expert report, therefore Defendant reserves the right to supplement its objections at a later date once it has received and reviewed the report. | | |
| 76 | Rebuttal Report to Supplemental Amended Report of Plaintiffs' Experts Global Economics Prepared for Trial and Documents relied on by Plaintiffs' Expert | | | | |
| 77 | 07/20/2018 Expert Report of Gordon Klemp | | (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | violates the law of the case doctrine. | | |
| 78 | Documents relied on by Gordon Klemp for his 07/20/2018 Expert Report | NTI_000001-NTI_000070 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 79 | 2013 Expert Report of Robert H. Topel Ph.D Report | | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | violates law of the case doctrine. | | |
| 80 | 04/2018 Robert H. Topel Curriculum Vitae | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 81 | Document relied on by Robert H. Topel for his 2013 Expert Report – JB Hunt 2012 Annual Report | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 82 | Document relied on by Robert H. Topel for his 2013 Expert Report – DCS Complex Services Brochure | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 83 | Document relied on by Robert H. Topel for his 2013 Expert Report – Baxter and Smith Memo 2002 | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
|  |  |  | of the case doctrine. |  |  |
| 84 | Document relied on by Robert H. Topel for his 2013 Expert Report – Booth and Frank (1999) "Earnings, Productivity, and Performance-Related Pay" |  | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. |  |  |
| 85 | Document relied on by Robert H. Topel for his 2013 Expert Report – Fernie and Metcalf (1999) "It's Not What you Pay It's the Way that You Pay it and That's What Gets Results: Jockeys' Pay and Performance" |  | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law |  |  |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 86 | Document relied on by Robert H. Topel for his 2013 Expert Report – Lazear (1986) "Salaries and Piece Rates" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 87 | Document relied on by Robert H. Topel for his 2013 Expert Report – Lazear (2000) "Performance Pay and Productivity" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 88 | Document relied on by Robert H. Topel for his 2013 Expert Report – Paarsch and Shearer (1996) "Fixed Wages, Piece Rates and Intertemporal Productivity: A Study of Tree Planters in British Columbia" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 89 | Document relied on by Robert H. Topel for his 2013 Expert Report – Pekkarinen and Riddell (2008) "Performance Pay and Earnings: Evidence from Personnel Records" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

# APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 90 | Document relied on by Robert H. Topel for his 2013 Expert Report – Prendergast (1999) "The Provision of Incentives in Firms" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 91 | Document relied on by Robert H. Topel for his 2013 Expert Report – Shearer (2004) "Piece rates, Fixed Wages and Incentives: Evidence from a Field Experiment" | | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 92 | Documents relied on by Robert H. Topel for his 2013 Expert Report – Shi (2010) "Incentive Effect of Piece Rate Contracts: Evidence from Two Small Field Experiments" | | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 93 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/31/2009 Declaration of Dave Aragon | Dkt. 125-7 (A) | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law | | |

APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | of the case doctrine. | | |
| 94 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 10/17/2013 Declaration of Kris Ashmore | Dkt. 125-3 | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. Moreover, the statements in the declaration do not comport with the Need for Personal Knowledge required by FRE 602 and constitute Improper Opinion of Lay Witness under FRE 701, 702, 703. | | |

## APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 95 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 11/15/2013 Declaration of Frank Broadstreet | Dkt. 131 | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 96 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 04/02/2009 Declaration of Jamie Couch | Dkt. 125-7 (B) | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 97 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/30/2009 Declaration of Christopher Daszi | Dkt. 125-7 (C) | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 98 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/30/2009 Declaration of Francisco Escobedo | Dkt. 125-7 (D) | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| 99 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/31/2009 Declaration of Derrick Ferguson | Dkt. 60-8 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 100 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 10/18/13 Declaration of Darren Field | Dkt. 125-5 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. Moreover, | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | the statements in the declaration do not comport with the Need for Personal Knowledge required by FRE 602 and constitute Improper Opinion of Lay Witness under FRE 701, 702, 703 | | |
| 101 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 04/10/2009 Declaration of Leonard Garcia | Dkt. 125-7 (E) | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 102 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/30/2009 Declaration of Marco Leuvano | Dkt. 125-8 (F) | P:  (1) Irrelevant FRE 401, | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 103 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/30/2009 Declaration of Carlos Moreno | Dkt. 125-8 (G) | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 104 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/30/2009 Declaration of Thomas O'Connor | Dkt. 125-8 (H) | P: (1) Irrelevant FRE 401, 402; (2) | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 105 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 11/15/2013 Declaration of Aaron Regalado | Dkt. 132 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 106 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 10/17/2013 Declaration of Robert Topel | Dkt. 125-10 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 107 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 09/26/2012 Declaration of Tony Vargas | Dkt. 125-8 (I) | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 108 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 11/18/2013 Declaration of Benton Walker | Dkt. 134 | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or | | |

30

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 109 | Documents relied on by Robert H. Topel for his 2013 Expert Report – 03/31/2009 Declaration of Terry Weston | Dkt. 125-8 (J) | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 110 | Data relied on by Robert H. Topel for his 2013 Expert Report – Complete ABP Rollout Schedule.xlsx | JBH-DP48479-JBH-DP48480; Walker Dep. Ex. 3 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative | | |

APPENDIX A: JOINT EXHIBIT LIST

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 111 | Data relied on by Robert H. Topel for his 2013 Expert Report – FMS 2012-2013 Weekly Efficiency.xlsx | JBH-DP48481-JBH-DP48492; Walker Dep. Ex. 4; Broadstreet Dep. Ex. 11 | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 112 | Data relied on by Robert H. Topel for his 2013 Expert Report – Activity Based Pay Rollout Schedule Update.xlsx | JBH-DP48493-JBH-DP48495; | P: (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 113 | Data relied on by Robert H. Topel for his 2013 Expert Report – FMS 2012-2013 Weekly Efficiency and Productivity Trends.xlsx | JBH-DP48496-JBH-DP51179 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 114 | Data relied on by Robert H. Topel for his 2013 Expert Report – Pay Rate Evaluation San Bernardino-V95.xlsx | JBH-DP51180-JBH-DP51311 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 115 | Data relied on by Robert H. Topel for his 2013 Expert Report – San Bernardino Driver History.xlsx | JBH-DP51312-JBH-DP51455 | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |
| 116 | August 3, 2018 Expert Report of Robert Topel, PhD | | P:  (1) Irrelevant FRE 401, 402; (2) Waste of time or Cumulative FRE 403; (3) Prejudice Outweighs | | |

**APPENDIX A: JOINT EXHIBIT LIST**

*Ortega, et al. v. J.B. Hunt Transport, Inc.*, No. 07-CV-8336 RGK (AFMx)

| Trial Ex. No. | Description | Bates Range / Source | If Objection, State Grounds | Date ID'd | Date Admit. |
|---|---|---|---|---|---|
| | | | Probative Value FRE 403; (4) Confusing or Misleading FRE 403; and (5) violates law of the case doctrine. | | |