SCOTT EDELMAN, SBN 116927
 sedelman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
Telephone: 310.552.8500
Facsimile:  310.551.8741

RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: 415.393.8200
Facsimile:  415.393.8306

ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC.

STANLEY SALTZMAN, SBN 90058
 ssaltzman@marlinsaltzman.com
ADAM TAMBURELLI, SBN 301902
 atamburelli@marlinsaltzman.com
MARLIN & SALTZMAN LLP
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081

Attorneys for Plaintiffs
GERARDO ORTEGA AND
MICHAEL D. PATTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ORTEGA, AND MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.  2:07-cv-08336-RGK-SH<br><br>HONORABLE JUDGE R. GARY KLAUSNER<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial: September 25, 2018 |

**TO THE HONORABLE R. GARY KLAUSNER**:

PLEASE TAKE NOTICE that Plaintiffs GERARDO ORTEGA and MICHAEL D. PATTON, on behalf of themselves and on behalf of a proposed class of all other persons similarly situated, and Defendant J.B. HUNT TRANSPORT, INC. (collectively, the "Parties") have reached agreement on the material terms of a settlement of this matter in its entirety.[*] The Parties anticipate that they will finalize a long-form settlement agreement to submit for approval consistent with the following proposed schedule.

| Event | Date |
|---|---|
| Motion for Preliminary Approval of Settlement Due | October 29, 2018 |
| Hearing on Motion for Preliminary Approval of Settlement | December 17, 2018 |
| Notice of Preliminary Approval of Settlement to be Mailed to Class | 30 days after approval of the Motion for Preliminary Approval of Settlement |
| Objections to Settlement/Opt-Outs Due | 45 days after notice is mailed |
| Motion for Final Approval of Settlement Due | 2 weeks after deadline to file objections to settlement |
| Hearing on Motion for Final Approval of Settlement | 30 days after filing of Motion for Final Approval of Settlement |
| Appellate Deadline for Potential Objectors | 30 days after approval of Motion for Final Approval of Settlement |

---

[*] The Court issued an order decertifying the class on August 7, 2018 (Dkt. 280). In doing so, the Court found that a class-based trial of this case would pose significant manageability problems. *Id.* at 6. A classwide settlement, however, lessens these concerns, because the court "need not inquire whether the case, if tried, would present intractable management problems … for the proposal is that there be no trial." *Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 620 (1997). The parties will address why this case is appropriately settled on a class basis in further detail in their forthcoming motion for preliminary approval.

In light of the foregoing, the Parties request that all pending matters and deadlines be stayed, including but not limited to the trial of Plaintiff Ortega's and Patton's individual claims currently scheduled for September 25, 2018.

Dated: September 12, 2018

/s/ *Stanley Saltzman*
Stanley Saltzman
MARLIN & SALTZMAN LLP
Attorneys for Plaintiffs

Dated: September 12, 2018

/s/ *Scott A. Edelman*
Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendant J.B. HUNT TRANSPORT, INC.

## SIGNATURE ATTESTATION

I, Scott A. Edelman, am the ECF user whose identification and password were used to file this Notice of Settlement. In compliance with United States District Court, Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories hereto concurred in and authorized this filing.

/s/ *Scott A. Edelman*