1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13

GERARDO ORTEGA, AND MICHAEL
D. PATTON, individually and on behalf of
themselves, all others similarly situated,
and the general public,

14

      Plaintiffs,

15

v.

16
17

J. B. HUNT TRANSPORT, INC., an
Arkansas corporation; and DOES 1 to 100,
inclusive,

18
19

      Defendants.

**CASE NO. 07-CV-08336-RGK-AFM**
(Hon. R. Gary Klausner)

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT**

20
21
22
23
24
25
26
27
28

This matter came on for hearing on October 29, 2018, upon the Motion for Preliminary Approval of the proposed settlement of this action on the terms set forth in the Class Action Settlement and Release ("Settlement"), attached hereto as **Exhibit 1**. Having considered the Settlement, all papers and proceedings held herein, and having reviewed the entire record in this action ("Action"), and good cause appearing, the Court finds that:

WHEREAS, Plaintiffs Gerardo Ortega and Michael Patton ("Plaintiffs") have alleged claims against defendant J.B. Hunt Transport, Inc. ("Defendant") on behalf of themselves and on behalf of others similarly situated, comprising all of Defendant's California-based, local and regional intermodal and local and regional Direct Contract Services drivers employed by Defendant at any time between November 19, 2003 and December 8, 2018. The definition excludes over the road drivers;

WHEREAS, Plaintiffs assert claims against Defendant for: (1) violations of Labor Code sections 226.7 and 512, and section 11 of the Industrial Welfare Commission (IWC) Wage Orders (failure to provide a meal period); (2) violations of Labor Code sections 226.7 and 512, and section 12 of the IWC Wage Orders (failure to provide a rest period); (3) violations of Labor Code section 226 (failure to provide accurate wage statements); (4) violations of Labor Code section 1194 (failure to pay California minimum wage); (5) violations of Labor Code sections 221 to 223 (failure to pay wages at the agreed rate); (6) violations of Labor Code section 203 (failure to pay wages due upon termination of employment); (7) violations of the Business and Professions Code, section 17200 *et seq.*; and (8) violations of the Labor Code Private Attorneys General Act of 2004 ("PAGA"), California Labor Code section 2698 *et seq.*;

WHEREAS, Defendant expressly denies the allegations of wrongdoing and violations of law alleged in this Action, and further denies any liability whatsoever to Plaintiffs or to the Settlement Class Members;

[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement
Case No. 07-CV-08336-RGK-AFM

WHEREAS, without admitting any liability, claim, or defense, Plaintiffs and Defendant (collectively, the "Parties") determined that it was mutually advantageous to settle this Action and to avoid the costs, delay, uncertainty, and business disruption of ongoing litigation; and

WHEREAS, the Parties agreed to resolve the Action and entered into the Settlement in and about October 2018, which provides for a complete dismissal, with prejudice, of the claims asserted in the Action against Defendant on the terms and conditions set forth in the Settlement, subject to the approval of this Court;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.     To the extent defined in the Settlement, attached hereto as **Exhibit 1** and incorporated herein by reference, the terms in this Order shall have the meanings set forth therein.

2.     The Court has jurisdiction over the subject matter of this Action, Defendant, and the Settlement Class.

3.     The Settlement is within the range of reasonableness and possible final approval in that it appears fair, reasonable, and adequate. The Settlement was reached as a result of extensive arm's-length negotiations between the Parties and their counsel, which included two separate mediation sessions. Additionally, before entering into the Settlement, this Action was on the eve of trial. Thus, Plaintiffs and their counsel had sufficient information to evaluate the strengths and weaknesses of the case and to conduct informed settlement discussions.

4.     The Court deems the Proposed Second Amended Complaint, attached to the Stipulation filed concurrently herewith (Dkt. 348-1), as filed as of the date of this Order.

5.     The Court provisionally certifies, for settlement purposes only, a Settlement Class defined as: "All California-based, local and regional intermodal and local and regional Dedicated Contract Services drivers employed by J.B. Hunt at any

[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement
Case No. 07-CV-08336-RGK-AFM

time between November 19, 2003 and December 8, 2018."

6.    The requirements for certification of the Settlement Class under Fed. R. Civ. P. 23(a), and (b)(3) have been satisfied for settlement purposes. The Court finds, for settlement purposes, that: (a) the Settlement Class is defined by objective criteria and ascertainable; (b) the numerosity requirement is satisfied; (c) there are questions of law and fact that are common to the Settlement Class, and those questions of law and fact common to the Settlement Class predominate over any questions affecting any individual Settlement Class Member; (d) the claims of the Plaintiffs are typical of the claims of the Settlement Class they seek to represent for purposes of settlement; (e) a class action is superior to other available means of adjudicating this dispute; (f) and Plaintiffs and Class Counsel are adequate representatives of the Settlement Class.

7.    The Court hereby grants preliminary approval of the Settlement as fair, reasonable, and adequate in all respects to the Settlement Class Members, and orders the Parties to consummate the Settlement in accordance with the terms of the Settlement.

8.    The Court preliminarily appoints as Class Counsel the following attorneys: Marlin & Saltzman LLP (Stanley D. Saltzman and Adam M. Tamburelli), 29800 Agoura Road Suite 210, Agoura Hills, California 91301; and The Cullen Law Firm, APC (Paul T. Cullen and Barbara Duvan-Clarke), 19360 Rinaldi Street #647, Porter Ranch, California 91326;

9.    The Court preliminarily appoints Plaintiffs Gerardo Ortega and Michael Patton as settlement class representatives.

10.    The Court finds that the Class Notice, set forth in Exhibit A to the Settlement attached hereto, to be given to the Settlement Class Members, fully and accurately informs all persons in the Settlement Class of all material elements of the proposed Settlement, constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to all Settlement Class Members.

[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement
Case No. 07-CV-08336-RGK-AFM

11. The Court preliminarily approves the plan of distribution as set forth in the Settlement providing for the distribution of the Net Settlement Amount to Settlement Class Members, as being fair, reasonable, and adequate.

12. In the event that the Settlement does not become effective in accordance with the terms of the Settlement, then this Preliminary Approval Order shall be rendered null and void to the extent provided by and in accordance with the Settlement and shall be vacated, and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement, and each party shall retain his, her or its rights to proceed with litigation of the Action.

13. The Court will hold a Fairness Hearing on February 11, 2019 at 9:00 a.m. to determine whether the Settlement should be approved as fair, reasonable, and adequate, and to determine whether a Final Order and Final Judgment should be entered. The Fairness Hearing will be held at the United States District Court for the Central District of California, Edward R. Roybal Federal Building, 255 Temple Street, Los Angeles, CA 90012 - Courtroom 850.

**IT IS SO ORDERED.**

DATED: NOV 2 7 2018

Hon. R. Gary Klausner
United States District Judge

[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement
Case No. 07-CV-08336-RGK-AFM