# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ORTEGA, AND MICHAEL D. PATTON, individually and on behalf of themselves, all others similarly situated, and the general public,<br><br>　　Plaintiffs,<br><br>v.<br><br>J. B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | **CASE NO. 07-CV-08336-RGK (AFM)**<br>(Hon R. Gary Klausner)<br><br>**CLASS ACTION**<br><br>[P̶r̶o̶p̶o̶s̶e̶d̶] FINAL JUDGMENT |

Pursuant to the Court's Final Approval Order ("Order") dated April 23, 2019, the Court hereby ORDERS that final judgment in this matter be entered in accordance with the Order and the Settlement it incorporates.

The Court will have continuing jurisdiction over the Parties, the Action, and the Settlement for purposes of enforcing the Settlement and resolving disputes under the Settlement Agreement.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

DATED: April 23, 2019

_____
Hon. R. Gary Klausner
United States District Judge